O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV10-09050-AHM (AGRx) | Date | December 7, 2010 |
|---|---|---|---|
| Title | LAURA ASHMORE, et al. v. THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE |
|---|---|

| Stephen Montes | Cindy Nirenberg | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| John J. Uribe | Eugene P. Ramirez |
| | Kevin S. Reed |

**Proceedings:**   Hearing Emergency *ex Parte* Application for Temporary Restraining Order (non-evidentiary)

Court issues tentative ruling and hears oral argument. For reasons stated on the record, the Court denies the *ex parte* application for a temporary restraining order. The proposed temporary restraining order is impermissibly vague and is not supported by a sufficient factual showing.

Court and counsel confer on the claims in this action and the status of the case.

|  | : | 35 |
|---|---|---|
| Initials of Preparer | | SMO |