**LAW OFFICE OF JOHN J. URIBE**
JOHN J. URIBE, ESQ. (SBN:196720)
Post Office Box 69276
Los Angeles, California 90069
Tel: (310) 582-0110 / Fax: (213) 617-1320
Email: uribelaw@hotmail.com
Current Attorney for Plaintiffs:**(1)** LAURA ASHMORE; **(2)** PAMELYN FERDIN; **(3)** CAROL GLASSER; and **(4)** NICOAL SHEEN.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

**(1)** LAURA ASHMORE;
**(2)** PAMELYN FERDIN;
**(3)** CAROL GLASSER; and
**(4)** NICOAL SHEEN,

Plaintiffs,

vs.

**(1)** THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; **(2)** UNIVERSITY OF CALIFORNIA-LOS ANGELES CAMPUS POLICE DEPARTMENT; **(3)** JOHN ADAMS, in his official and individual capacities; **(4)** MARK LITTLESTONE, in his official and individual capacities; **(5)** MATTHEW PINKUS, in his official and individual capacities; **(6)** ETHAN SHEAR, in his official and individual capacities; and DOES 1 through 10, inclusive,

Defendants.

**CASE NO.: CV10-9050 AHM (AGRx)**

ATTORNEY JOHN J. URIBE'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS; MEMORANDUM OF LAW; DECLARATION OF JOHN J. URIBE IN SUPPORT THEREOF; WITH [PROPOSED] ORDER

**PLEASE TAKE NOTICE** that attorney John J. Uribe, Esq., Law Office of John J. Uribe, Pursuant to L.R. 83-2.9.2.1, California Rules of Professional Conduct ("RPC"), Rules(s) 3-700(B)(2) and/or 3-700(C), hereby files his Motion To Withdrawal As Counsel for Plaintiffs, and in support thereof, states as follows:

Plaintiffs have demanded that current legal counsel of record for Plaintiffs (i.e., John J. Uribe, Esq., Law Office of John J. Uribe), immediately withdraw from any and all further legal representation of them in this matter - - thereby terminating current legal counsel's employment with Plaintiffs (Note: Legal representation in this case was provided on a *pro bono* basis given that the case involved an attempt to remedy civil right violations). In addition to the immediate demand of Plaintiffs that no further legal representation of them continue any further, irreconcilable conflicts have also developed between Plaintiffs and their current legal counsel of record making further legal representation futile, with no cooperation from Plaintiffs, and in violation of RPC which in total establish good cause under L.R. 83-2.9.2.1 to allow current counsel to withdraw.

**DATED:** December 21, 2010

Respectfully submitted,

LAW OFFICE OF JOHN J. URIBE

By: ______________________________

JOHN J. URIBE
Current Attorney for Plaintiffs: LAURA ASHMORE, CAROL GLASSER, PAMELYN FERDIN, and NICOAL SHEEN.

///

///

///

///

///

///

///

///

///

///

///

///

///

**MEMORANDUM OF LAW IN SUPPORT OF CURRENT LEGAL COUNSEL'S MOTION TO WITHDRAW AS LEGAL COUNSEL OF RECORD FOR PLAINTIFFS**

## I. STATEMENT OF FACTS

On December 20-21, 2010, Plaintiffs requested that current legal counsel immediately withdraw from the case, thereby terminating his employment with Plaintiffs. Plaintiffs further advised current legal counsel that they want a stay of the case for 30-days as they attempt to retain new legal counsel and attempt settlement of the case through different legal counsel specially appearing for them for this purpose. In addition, Plaintiffs have refused and failed to communicate further with current legal counsel and there now exists irreconcilable conflicts between Plaintiffs and current legal counsel making legal representation futile, with no cooperation from Plaintiffs, and in violation of RPC.

## II. ARGUMENT

Current legal counsel's request to withdraw from representation of Plaintiffs is governed by Rule 3-700(B)(2). In this case, Plaintiffs have demanded that current legal counsel immediately withdraw from representing them in this case and have since the request refused to communicate further with legal counsel. As such, withdrawal is mandatory. Furthermore, RPC 3-700(B)(2) states, in pertinent part, that an attorney shall withdraw from representation if the representation will result in a violation of the Rules of Professional Conduct. Here, continued legal representation after being terminated by Plaintiffs requires mandatory withdraw with further legal representation a violation of the RPC. Moreover, when such is coupled with Plaintiffs in them not and/or failing to communicate with legal counsel on the substantive issues of the case, settlement discussions, etc., the failure to communicate by Plaintiffs with their current legal counsel will result in potential violation of RPC 3-110 thereby preventing current legal counsel from representing Plaintiffs diligently, promptly, and to the best of his ability, as well as RPC 3-510, inasmuch as current legal counsel will be unable to comply with his communication obligations.

///

Additionally, withdrawal in this case is also permissive. RPC 3-700(C) states, in pertinent part that a lawyer may withdraw from thr representation of a client if such withdrawal is occasioned by client conduct that "renders it unreasonably difficult for the member to carry out the employment effectively . . ." See RPC 3-700(C)(1)(d).

Lastly, Local Rule 83-2.9.2.1 also allows an attorney to withdraw. Here, withdrawal of counsel is allowed only upon leave of court. In particular, however, if withdrawal will cause delay in the case, the court will not allow the attorney to withdraw unless "good cause is shown and the ends of justice require [such relief]." L.R. 83-2.9.2.4. If withdrawal is allowed, the affected parties then "shall appear *pro se* or appoint another attorney by a written substitution of attorney." L.R. 83-2.9-2.3.

Given Plaintiffs' immediate termination of employment of current legal counsel, failure to communicate, implication of RPC 3-700(B)(2), 3-110, and/or 2-510, not to also mention the irreconcilable conflicts that have since developed, current legal counsel submits that it has made a sufficient showing of good cause to allow him to be relieved as counsel. Also, because the case is still at its very early stages, with no response having been made to the Verified Complaint as of yet, with a stipulation in place allowing for the parties to meet in possibly resolving this matter, good cause exist to allow withdrawal under the L.R. 2.9.2.1.

## III. CONCLUSION

For all of the foregoing reasons, attorney John J. Uribe, Law Office of John J. Uribe, respectfully requests that an Order be issued permitting him to withdraw as legal counsel for Plaintiffs, staying the matter to allow Plaintiffs to retain new counsel, and for such other and further as this Honorable Court may deem just and proper.

**DATED:** December 21, 2010

Respectfully submitted,
LAW OFFICE OF JOHN J. URIBE

By: ______________________
JOHN J. URIBE
Current Attorney for Plaintiffs: LAURA ASHMORE, CAROL GLASSER, PAMELYN FERDIN, and NICOAL SHEEN.

# URIBE DECLARATION

## DECLARATION OF JOHN URIBE

I , JOHN J. URIBE, declare and state as follows:

**1.** I am an attorney duly licensed to practice before all courts of the State of California to include this court. I am presently the attorney for Plaintiffs Laura Ashmore, Pamelyn Ferdin, Carol Glasser, and Nicoal Sheen in the above-entitled action, and have personal knowledge of the facts stated herein and if called upon to testify as a witness, I could and would testify to the facts set forth below.

**2.** On December 20-21, 2010, Plaintiffs requested that I immediately withdraw from the case, thereby terminating my employment with Plaintiffs. (Note: Legal representation in this case was provided on a *pro bono* basis given that the case involved an attempt to remedy civil right violations). Plaintiffs further advised me that they want a stay of the case for 30-days as they attempt to retain new legal counsel and attempt settlement of the case through different legal counsel specially appearing for them for this purpose. In addition, Plaintiffs have refused and failed to communicate further with me about the case and that there now exists irreconcilable conflicts between Plaintiffs and me making legal representation futile, with no cooperation whatsoever, and in violation of California Rules of Professional Conduct.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct, and that this declaration was executed on December 21, 2010.

Respectfully submitted,
LAW OFFICE OF JOHN J. URIBE

By: ______________________
JOHN J. URIBE
Current Attorney for Plaintiffs: LAURA ASHMORE, CAROL GLASSER, PAMELYN FERDIN, and NICOAL SHEEN.

///

///

///

///

# PROPOSED ORDER

**LAW OFFICE OF JOHN J. URIBE**
JOHN J. URIBE, ESQ. (SBN:196720)
Post Office Box 69276
Los Angeles, California 90069
Tel: (310) 582-0110 / Fax: (213) 617-1320
Email: uribelaw@hotmail.com
Current Attorney for Plaintiffs:**(1)** LAURA ASHMORE; **(2)** PAMELYN FERDIN; **(3)** CAROL GLASSER; and **(4)** NICOAL SHEEN.

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

**(1)** LAURA ASHMORE;
**(2)** PAMELYN FERDIN;
**(3)** CAROL GLASSER; and
**(4)** NICOAL SHEEN,

Plaintiffs,

vs.

**(1)** THE REGENTS OF THE UNIVERSITY OF CALIFORNIA; **(2)** UNIVERSITY OF CALIFORNIA-LOS ANGELES CAMPUS POLICE DEPARTMENT; **(3)** JOHN ADAMS, in his official and individual capacities; **(4)** MARK LITTLESTONE, in his official and individual capacities; **(5)** MATTHEW PINKUS, in his official and individual capacities; **(6)** ETHAN SHEAR, in his official and individual capacities; and DOES 1 through 10, inclusive,

Defendants.

**CASE NO.: CV10-9050 AHM (AGRx)**

**[PROPOSED] ORDER GRANTING JOHN URIBE'S MOTION TO WITHDRAW AS COUNSEL FOR PLAINTIFFS**

**THIS MATTER**, having come before this Court upon John J. Uribe's Motion to Withdrawal as Counsel for Plaintiffs, and the Court having considered the papers before it, and for such other good cause appearing thereon, its hereby **ORDERED AND ADJUDGED** that: John J. Uribe, Law Office of John J. Uribe be permitted to withdraw as counsel on behalf of Plaintiffs; and

**IT IS FURTHER ORDERED THAT:**________________________________
________________________________________________________________
________________________________________________________________
_______________________________________________________________.

**DONE AND ORDERED** in chambers this, ______ day of _______________ 2010.

_________________________________
UNITED STATES DISTRICT COURT JUDGE

## PROOF OF SERVICE

STATE OF CALIFORNIA )
)ss:
COUNTY OF LOS ANGELES )

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen and not a party to the within action. My business address is c/o POB 69276, Los Angeles, California 90069.

On the December 21, 2010, I served (or had served), in the manner indicated below, the foregoing document(s), described as follows: John J. Uribe's Motion to Withdrawal as Counsel for Plaintiffs, with Proposed Order, on all interested party(ies) and their respective counsel of record in this action by placing a true and correct copy thereof, enclosed in sealed envelope(s), at Los Angeles, California, addressed and/or otherwise handed to personally, if applicable, as follows: See Service List.

[X] [BY FIRST CLASS REGULAR U.S. MAIL (CCP §§1013a, 2015.5)]: [X] I deposited such envelope in the mail at Los Angeles, California. The envelope was mailed with postage thereon fully prepaid, or [ ] As follows: I am readily familiar with the employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing affidavit.

[ ] BY PERSONAL DELIVERY: I Caused the foregoing envelope to be delivered by hand to the office(s) of the above-referenced address(es).

[X] BY ELECTRONIC FILING: CM/EMF

[X] [FEDERAL OATH]: I declare I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

EXECUTED on December 21, 2010, at Los Angeles, California.

J. Uribe

///

///

///

///

## SERVICE LIST

1. Eugene P. Ramirez
   Manning & Marder
   Kass, Ellrod, Ramirez, LLP
   Attorneys for Defendants
   801 S. Figueroa St., 15th Floor
   Los Angeles, CA 90017
   Email: epr@mmker.com

2. Patrick L. Hurley
   Manning & Marder
   Kass, Ellrod, Ramirez, LLP
   Attorneys for Defendants'
   One California Street, Suite 1100
   San Francisco, CA 94111
   Email: plh@mmker.com

3. Plaintiff: Laura Ashmore
   242 West Greystone
   Monrovia, CA91016

4. Plaintiff: Pamelyn Ferdin
   5699 Kanan Rd., #253
   Agoura Hills, CA 91301-3358

5. Plaintiff: Carol Glasser
   3527 East Ocean Blvd.
   Long Beach, CA 90803

6. Plaintiff: Nicoal Sheen
   3527 East Ocean Blvd
   Long Beach, CA 90803

///

///

///

///

///

///

///

///

///

///

///