O

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 10-9050 AHM (AGRx) | Date | January 25, 2011 |
|---|---|---|---|
| Title | LAURA ASHMORE, et al. v. THE REGENTS OF THE UNIVERSITY OF CALIFORNIA, et al. | | |

| Present: The Honorable | A. HOWARD MATZ, U.S. DISTRICT JUDGE | |
|---|---|---|
| Stephen Montes | Not Reported | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys **NOT** Present for Plaintiffs: | Attorneys **NOT** Present for Defendants: |
|---|---|

**Proceedings:**     IN CHAMBERS (No Proceedings Held)

On December 20, 2010, proposed intervenor-defendants Edythe D. London and J. David Jentsch filed a motion for intervention in the above-captioned case.  London and Jentsch failed to specify a hearing date for their motion.  Accordingly, the Court set a hearing on the motion for February 7, 2011.

On December 21, 2010, John J. Uribe, Esq. withdrew as counsel for plaintiffs.  The Court stayed the case for 30 days to permit plaintiffs to retain new legal counsel.  On January 13, 2011, David M. Liberman, Esq. substituted in as counsel for plaintiffs and filed a first amended complaint.

Plaintiffs having obtained new counsel, the amended briefing schedule for the motion to intervene is as follows.  Any opposition to the motion to intervene is due on or before February 7, 2011, and any reply is due on or before February 14.  The hearing is set for February 28, 2011.

                                                                                              :
                                                      Initials of Preparer